Index # 07 civ 9439
Purchased/Filed: October 23, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Erik Herzfeld                                                    Plaintiff

against

JPMorgan Chase & Co.                                  Defendant

---

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Brown   Other:

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on November 2, 2007, at 2:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Complaint, Individual Practices of Judge Denise Cote and Judge Ronald L. Ellis on JPMorgan Chase & Co., the Defendant in this action, by delivering to and leaving with Carol Vogt, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

2nd day of November, 2007

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

**Invoice-Work Order # 0722390**

```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  200711050049                          Cash #: 200711050038
Date of Service:  11/02/2007                      Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:   JPMORGAN CHASE & CO.



Plaintiff/Petitioner:
            HERZFELD, ERIK




Service of Process Address:
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
```

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

ERIK HERZFELD

V.

JPMORGAN CHASE & CO.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 9439**

**JUDGE COTE**

TO: (Name and address of Defendant)

JPMorgan Chase & Co.
270 Park Avenue
New York, NY  10172

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John T. Sartore, Esq.
Paul Frank + Collins P.C.
1 Church Street
PO Box 1307
Burlington, VT  05402-1307

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   OCT 23 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                         *Signature of Server*

                              _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.