UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X

ERIK HERZFELD,                                          :

                  Plaintiff,              :        07 CIV 9439
                                                ECF Case
   - against -                                        :
                                                **RULE 7.1 STATEMENT**

JPMORGAN CHASE & COMPANY,                               :

                  Defendant.             :

                                                        :

------------------------------------------ X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A., incorrectly named as JPMorgan Chase & Company, certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

       JPMorgan Chase & Co.

Dated: November 26, 2007

                                        **JPMorgan Chase Legal Department**

                                        By: _Stephanie E. Sowell_
                                        Stephanie E. Sowell, Esq.
                                        Attorneys for Defendant
                                        1 Chase Manhattan Plaza, 26th Floor
                                        New York, New York 10081
                                        Stephanie.e.sowell@chase.com
                                        (212) 552-0929

162768:v1