```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12|21|07
```

$Co\overline{ro}/T$

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ERIK HERZFELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-9439 DLC |
| | ) | ECF CASE |
| | ) | |
| JPMORGAN CHASE & CO. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

Plaintiff Erik Herzfeld, by and through his counsel Paul Frank + Collins P.C., and

defendant JPMorgan Chase Bank, N.A., ("JPMorgan Chase") by and through its counsel,

JPMorgan Chase Legal Department, stipulate that plaintiff may amend his Complaint to

reflect that JPMorgan Chase Bank, N.A. is the correct defendant in this case, as

represented by the defendant in its November 26, 2007 Answer.[1] The parties further

stipulate that the plaintiff does not need to serve the Amended Complaint on JPMorgan

Chase and that JPMorgan Chase does not need to further answer the Amended

Complaint.

Dated at New York, NY,
this 14th day of December, 2007.

JPMORGAN CHASE LEGAL
DEPARTMENT

By: *Stephanie E Sowell*

Stephanie E. Sowell, Esq.
1 Chase Manhattan Plaza, 26th Floor
New York, New York 10081

Dated at Burlington, VT,
this 18th day of December, 2007.

PAUL, FRANK + COLLINS P.C.

By: *John Sartore*

John T. Sartore
One Church Street
Burlington, Vermont 05402

---

[1] A copy of Mr. Herzfeld's Amended Complaint is attached as Exhibit A and a black-lined version
reflecting the changes to his original Complaint is attached as Exhibit B.

*Denise Cote*
J.U.D.J.
December 20, 2007

Tel: (212) 552-0929
Fax: (212) 552-1630 (fax)
Email: Stephanie.e.sowell@chase.com

Bar Code #: JS1814
Tel: (802) 658-2311
Fax: (802) 658-0042
Email: jsartore@pfelaw.com

597403_v3 8951-00001

2