

PAUL FRANK + COLLINS P.C.

John T. Sartore
Admitted in VT and NY
802.860.4105
Please reply to VT office
jsartore@PFClaw.com



December 21, 2007

**RECEIVED**
DEC 2 7 2007
CHAMBERS OF
DENISE COTE

**MEMO ENDORSED**

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-08

**Re:    Erik Herzfeld v. JPMorgan Chase Bank, N.A.**
**Civil Action No. 1:07-cv-9439 DLC**

Dear Judge Cote,

The court has scheduled the initial pretrial conference in this case for Friday, January 11, 2008 at 2:00 p.m.

I respectfully request that the conference be adjourned two weeks to January 25, 2008, as I have a long standing appointment with an oral surgeon for a dental implant that afternoon.

I am available for a conference any time on Friday, January 18, 2008, but my opposing counsel Stephanie E. Sowell, Esq. of the JPMorgan Chase legal department, will be on vacation then.

Attorney Sowell has agreed to an adjournment to Friday, January 25, 2008, and I am available any time that day. As I will be traveling from Burlington, later in the day is better than earlier. The 2:00 p.m. time slot is ideal.

Thank you for your consideration.

Cordially,

PAUL FRANK + COLLINS P.C.

*John Sartore*

John T. Sartore

JTS:bac
cc:    Stephanie E. Sowell, Esq.

602041_v1: 8951-00001

*The conference is adjourned to January 25 at 2:30 pm.*

*Denise Cote*

*January 4, 2008*

ATTORNEYS AT LAW  |  www.PFClaw.com

One Church Street   P.O. Box 1307   Burlington, VT 05402-1307   phone 802.658.2311   fax 802.658.0042
63 Bridge Street   Plattsburgh, NY 12901   phone 518.563.4595   fax 518.563.4581
*A Member of TerraLex® The Worldwide Network of Independent Law Firms*