UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X

ERIK HERZFELD,                                    :

              Plaintiff,          :          07 CIV 9439 (DLC)
                                           ECF Case
- against -                                       :
                                           **DEFENDANT'S RULE 26(a)**
JPMORGAN CHASE & COMPANY,                         :          **INITIAL DISCLOSURES**

              Defendant.          :

                                   :

------------------------------------------------- X

Defendant JPMorgan Chase Bank (hereafter "JPMorgan"), by its attorneys, the JPMorgan Legal Department, respectfully submits its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) as follows:

A.    In addition to Plaintiff Erik Herzfeld and any persons identified in Plaintiff's Initial Disclosures, and pending further discovery and information during the discovery process, the following individuals may have discoverable information that Defendant may use to support its answers or defenses in this action.

| NAME | ADDRESS/TELEPHONE | SUBJECT MATTER |
|---|---|---|
| Steve Baker | Defendant will supplement with last known address information | Knowledge of Plaintiff's employment during the relevant time period |
| Neeraj Bewtra | Available through Defense Counsel | Knowledge of Plaintiff's employment during the relevant time period |
| Bart Broadman | 29 Mount Sinai Rise #22-02 Marbella Singapore 276952 | Knowledge of Plaintiff's employment for JPMorgan in Singapore and the circumstances of Plaintiff's job transfer from Singapore to New York. |

164143:v1

| NAME | ADDRESS/TELEPHONE | SUBJECT MATTER |
|---|---|---|
| Patrik Edsparr | Available through Defense Counsel | Knowledge of the facts and circumstances of Plaintiff's job transfer to from Singapore to New York. |
| Ruth Ferguson | 917 Park Avenue Hoboken, NJ 07030 | Knowledge of Plaintiff's employment during the relevant time period and Plaintiff's termination of employment with JPMorgan |
| Derek Kaufman | Available through Defense Counsel | Knowledge of Plaintiff's employment during the relevant time period and Plaintiff's termination of employment with JPMorgan |
| Ryan Leftwich | Defendant will supplement with last known address information | Knowledge of Plaintiff's employment during the relevant time period |

JPMorgan hereby expressly reserves its right to supplement these disclosures with the name of experts, if any, when identified. JPMorgan hereby expressly reserves the right to rely upon additional witnesses, if necessary, for purposes of impeachment.

    B.    Documents, data compilations, and tangible things that the disclosing party may use to support its claims and defenses include:

        1.    Any files maintained or obtained by JPMorgan's Human Resources Department, Employee Records department and/or Plaintiff's former managers concerning Plaintiff and the relevant issues in this lawsuit, including relevant compensation and trading records

        2.    Portions of any applicable and relevant JPMorgan policies and procedures; and

        3.    Any copies of relevant documents and/or communications between JPMorgan and its agents and Plaintiff; between JPMorgan and others, or between Plaintiff and others relevant to the allegations in this lawsuit.

JPMorgan hereby expressly reserves the right to use any documents: (1) discovered and produced to Plaintiff at a later date, (2) which Plaintiff produces to JPMorgan, (3) which the parties may be ordered to produce or (4) which may be obtained from third parties at a later date by subpoena or otherwise. JPMorgan further expressly reserves its right to rely upon additional documents for purposes of impeachment.

164143:v1

    C.    Defendant contends that Plaintiff has suffered no damages. Defendant may seek fees and costs associated with this litigation.

    D.    JPMorgan does not have any insurance agreement applicable to this matter.

Dated:    New York, New York  
           February 1, 2008

                      **J. P. Morgan Chase Legal Department**

                      By: _Stephanie E. Sowell_ (signature)  
                      Stephanie E. Sowell  
                      Attorney(s) for Defendant(s)  
                      JPMorgan Chase Bank, N.A.  
                      One Chase Manhattan Plaza, 26th Floor  
                      New York, New York 10081  
                      Stephanie.E.sowell@jpmchase.com  
                      (212) 552-0929

To:    John T. Sartore, Esq.  
       Paul, Frank & Collins, P.C.  
       One Church Street  
       Burlington, Vermont 05402

164143:v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X

ERIK HERZFELD,                                    :

              Plaintiff,               :         07 CIV 9439
                                                   ECF Case
    - against -                                  :
                                                   **AFFIDAVIT OF SERVICE**
JPMORGAN CHASE & COMPANY,                         :

              Defendant.              :

                                                  :

------------------------------------------------- X

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

_Stephanie E. Sowell_, being duly sworn, deposes and says, that deponent is not a party to the action, is over eighteen years of age and is employed by JPMorgan Chase Bank, and that on the 1st of February 2008, deponent served the within:

**DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES**

directed to the attorney for Plaintiff via Federal Express:

         John T. Sartore, Esq.
         Paul Frank & Collins, P.C.
      1 Church Street, P.O. Box 1307
         Burlington, VT 05402-1307

                                             _Stephanie E. Sowell_

Sworn to before me this
_1st_ day of February, 2008

_/s/ Vivian Patricia Falconi_
Notary Public

      VIVIAN PATRICIA FALCONI
    Notary Public, State of New York
         No. 41-4935578
      Qualified in Queens County
  Certificate Filed in New York County
   Commission Expires _Aug 31_, 20__

162771:v1