```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ERIK HERZFELD,                           :   07 CIV. 9439 (DLC)
                    Plaintiff,           :
                                         :   PRETRIAL
          -v-                            :   SCHEDULING ORDER
                                         :
JPMORGAN CHASE BANK, N.A.,                :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/4/08

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on January 25, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **February 1, 2008**.

2.  The parties are instructed to contact the chambers of Magistrate Judge Ellis prior to **April 30, 2008** in order to pursue settlement discussions under his supervision.

3.  All fact discovery must be completed by **June 27, 2008**.

4.  The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    - Motion served by **July 18, 2008**
    - Opposition served by **August 8, 2008**
    - Reply served by **August 15, 2008**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

5.  In the event no motion is filed, the Joint Pretrial Order must be filed by **July 18, 2008**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         February 4, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge