UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X
                                                              :
ERIK HERZFELD,                                                :    07 CIV. 9439 (DLC) (RLE)*
                                                              :
                      Plaintiff,                              :    ORDER OF
                                                              :    REFERENCE TO A
            -v-                                               :    MAGISTRATE JUDGE
                                                              :
JPMORGAN CHASE BANK, N.A.,                                    :
                                                              :
                      Defendant.                              :
                                                              :
------------------------------------------------------------- -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* _____ _____ | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ _____ |

\*   Do not check if already referred for general pretrial.

        **SO ORDERED**:

DATED:   New York, New York
               February 4, 2008

                                                               _/s/ Denise Cote_
                                                               DENISE COTE
                                                          United States District Judge