UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK HERZFELD<br><br>        Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | NO.  07 CV 9439 (DLC)<br>ECF CASE<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT JPMORGAN CHASE BANK, N.A. |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant JPMorgan Chase Bank, N.A.  I certify that I am admitted to practice in this court.

DATED:  New York, New York
              May 28, 2008

                                          /s_____
                                          James J. Coster, Esq.
                                          Satterlee Stephens Burke & Burke LLP
                                          230 Park Avenue, Suite 1130
                                          New York, New York 10169
                                          (212) 818-9200
                                          Email: jcoster@ssbb.com

                                          *Attorney for Defendant JPMorgan Chase Bank, N.A.*

735844_1