```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK HERZFELD,  )<br>)<br>  Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>JPMORGAN CHASE BANK, N.A.,  )<br>)<br>)<br>  Defendant  ) | Civil Action No. 1:07-cv-9439 DLC<br>ECF CASE |

### REVISED AND STIPULATED SCHEDULING ORDER

Plaintiff Erik Herzfeld, by and through his counsel Paul Frank + Collins P.C., and defendant JPMorgan Chase Bank, N.A., ("JPMorgan Chase") by and through its counsel, Satterlee Stephens Burke & Burke LLP, agree to the following discovery stipulation and order:

1. Fact discovery shall be completed by **September 26, 2008** (original date: June 27, 2008).

2. The following motion will be served by the dates indicated below.

   Any motion for summary judgment:

   - Motion served by **October 17, 2008** (original date: July 18, 2008)
   - Opposition served by **November 7, 2008** (original date: August 8, 2008).
   - Reply served by **November 14, 2008** (original date: August 15, 2008)

   At the time any Reply is served, the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

3. In the event no motion is filed, the Joint Pretrial Order must be filed by **October 17, 2008** (original date: July 18, 2008).

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at time of filing.

Dated: June___, 2008

PAUL FRANK + COLLINS P.C.
Attorneys for Plaintiff

By: _____
John T. Sartore, Esq.
David Pocius, Esq.
One Church Street
Burlington, Vermont 05402-1307
Tel: (802) 658-2311
Fax: (802) 658-0042
Email: jsartore@pfclaw.com

Dated: June __, 2008

SATTERLEE STEPHENS BURKE &
BURKE LLP
Attorneys for Defendant

By: _____
James J. Coster
230 Park Avenue
New York, NY 10169-0079
Tel: (212) 818-9200
Fax: (212) 818-9606
Email: jcoster@ssbb.com

*There shall be no further extension of the 10/17/08 dates.*

SO ORDERED: June 25, 2008

_____
Hon. Denise L. Cote,
United States District Judge

643836_v1: 8951-00001